146 A.3d 160

IN THE MATTER OF EUGENE E. CHMURA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001411994)

September 28, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-243, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20-14, **EUGENE E. CHMURA** of **ASTORIA, NEW YORK**, who was admitted to the bar of this State in 1994, be disbarred based respondent's disbarment in New York for the knowing misappropriation of client funds, conduct that in New Jersey violates, *RPC* 1.15(a)(knowing misappropriation of client trust funds), *RPC* 8.4(b)(criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.2d* 1153 (1979) and *In re Hollendonner*, 102 *N.J.* 21, 504 *A.2d* 1174 (1985);

And **EUGENE E. CHMURA** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **EUGENE E. CHMURA** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **EUGENE E. CHMURA** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **EUGENE E. CHMURA** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good

cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **EUGENE E. CHMURA** comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.